

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00259-CR

Bradley Paul **SWEENEY,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 19-11-230-CRW
Honorable Lynn Ellison, Judge Presiding

# O R D E R

On October 14, 2021, appellant filed a second unopposed motion for extension of time to file brief. The motion is GRANTED. Appellant's brief must be filed **no later than December 1, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court